UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THOMAS MARCHAND,                    )
                                    )
    Plaintiff,                      )
                                    )
                                    )
v.                                  )    Civil Action No. _____26 - 374_____
                                    )
                                    )
SIVERT PAULSEN, individually        )
and d/b/a Nexo,                     )
                                    )
                                    )
    Defendant.                      )

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Thomas Marchand, by and through himself, brings this Complaint against Defendant Sivert Paulsen and alleges as follows:

I. PARTIES

1. Plaintiff Thomas Marchand is an individual and the author and copyright owner of the computer program known as the Oraxen Minecraft Plugin ("Oraxen"). Plaintiff's rights and permissions are administered through Steady Labs LLC, located at 30 N Gould St, Ste R, Sheridan, Wyoming 82801.

2. Defendant Sivert Paulsen ("Defendant") is an individual residing in Norway who develops, markets, and commercially distributes a computer program known as "Nexo" under

1

the trade name Nexo. Defendant can be reached at the email addresses mineinabyss@gmail.com, sivertpaulsen2@gmail.com, and sivert@dalsletta.com. Defendant sells and distributes Nexo through online commercial platforms accessible to and used by consumers in the United States, including Polymart (polymart.org) and MCModels (mcmodels.net).

## II. JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the Copyright Act of the United States, 17 U.S.C. § 101 et seq.

4.    This Court has personal jurisdiction over Defendant because Defendant distributes the infringing software through online commercial platforms that serve United States customers, derives revenue from United States purchasers, and the resulting harm to Plaintiff occurs within the United States.

5.    Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) and 28 U.S.C. § 1391(b) and (c).

## III. FACTUAL BACKGROUND

6.    Plaintiff created the Oraxen Minecraft Plugin beginning in 2019. Oraxen was first published on August 21, 2019 in the United States. Plaintiff has continuously developed and maintained Oraxen since its creation, and the source code is hosted publicly at https://github.com/oraxen/oraxen.

7.    The Oraxen source code is an original work of authorship that includes, among other things, original algorithmic logic, software architecture, subsystem design, configuration frameworks, and public-facing application programming interfaces ("APIs") created by Plaintiff.

2

8.   Plaintiff is the registered copyright owner of the work titled "Oraxen Minecraft Plugin Source Code," U.S. Copyright Registration No. TX 9-578-085, with an effective date of registration of March 26, 2026.

9.   Defendant develops and commercially distributes a software plugin known as "Nexo." Defendant sells Nexo through online marketplaces including Polymart (polymart.org) and MCModels (mcmodels.net), both of which are accessible to and transact with purchasers in the United States. Nexo was also previously distributed on the SpigotMC platform until it was removed following a DMCA determination that Plaintiff's plugin had been substantially copied.

10.   Upon information and belief, Defendant's Nexo software is substantially derived from Plaintiff's Oraxen source code. A detailed technical comparison of the two codebases reveals substantial similarity at both the literal and structural levels, including:

   a.   Reproduction of non-trivial algorithmic logic original to Oraxen;

   b.   Replication of Oraxen's overall software architecture and subsystem organization;

   c.   Systematic renaming of Oraxen's public API structures, where Plaintiff's original names were replaced with Defendant-branded equivalents while the underlying logic was retained;

   d.   Retention of identical error messages, configuration keys, and internal identifiers from Oraxen's source code;

   e.   The presence within Defendant's software of an explicit conversion utility that references Oraxen by name and programmatically rebrands Oraxen components to Nexo equivalents.

3

11.    The scope and pattern of similarity is systematic across multiple modules and subsystems, and is not limited to isolated or generic code. The copying encompasses non-trivial, original elements of Plaintiff's work.

12.    Defendant had direct and intimate access to Plaintiff's work. From 2022 to 2024, Defendant served as a contributor to the Oraxen project, working with and under the Oraxen source code pursuant to the project's license terms. Oraxen's source code has also been publicly available on GitHub since 2019. Defendant's own software further contains an explicit conversion utility referencing Oraxen by name, confirming Defendant's knowledge of and access to Plaintiff's work.

13.    Defendant has not obtained authorization, license, or permission from Plaintiff to reproduce, modify, or distribute Plaintiff's copyrighted work or any derivative thereof. The Oraxen license under which Defendant contributed expressly prohibits redistribution of full, partial, or modified versions of the source code without Plaintiff's consent. Plaintiff, through counsel, sent Defendant a formal cease-and-desist letter dated January 26, 2026, demanding that Defendant cease all distribution of Nexo. Defendant has continued to distribute the infringing software.

IV. COUNT I: COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

14.    Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 13.

15.    Plaintiff is the owner of a valid copyright in the Oraxen Minecraft Plugin Source Code, registered with the United States Copyright Office under Registration No. TX 9-578-085.

16.    Defendant, without authorization or license from Plaintiff, has reproduced, prepared derivative works from, and distributed copies of Plaintiff's copyrighted work, in violation of Plaintiff's exclusive rights under 17 U.S.C. § 106.

17.    Defendant's infringing conduct includes the commercial sale and distribution of the Nexo software, which is substantially copied from and derivative of Plaintiff's Oraxen source code.

18.    Defendant's infringement has been willful. Defendant had actual knowledge of Plaintiff's work by virtue of having served as a contributor to the Oraxen project from 2022 to 2024, by including an explicit Oraxen-to-Nexo conversion utility within Defendant's own software, and by having received a formal cease-and-desist letter from Plaintiff's counsel on January 26, 2026. Despite all of the foregoing, Defendant has continued to reproduce and commercially distribute the infringing software.

19.    As a direct and proximate result of Defendant's infringement, Plaintiff has suffered and continues to suffer irreparable harm, including but not limited to lost sales, market displacement, and damage to the value of Plaintiff's copyrighted work.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendant, and grant the following relief:

A.    Injunctive Relief. Plaintiff seeks injunctive relief preventing Defendant from reproducing, distributing, or exploiting the infringing software, including an order requiring Defendant to cease all sales, distribution, and marketing of the Nexo software or any other work derived from Plaintiff's copyrighted Oraxen source code;

B. Damages. An award of actual damages and Defendant's profits attributable to the infringement pursuant to 17 U.S.C. § 504, or in the alternative, statutory damages as permitted by law;

C. Costs and Attorneys' Fees. An award of costs of suit and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

D. Such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: _April 3 2026_

Thomas Marchand
Plaintiff, Pro Se
30 N Gould St, Ste R
Sheridan, WY 82801
Email: hey@thomas.md
Phone: +351 934 267 368